# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br>**STEVEN A SWAN** and<br>**MELISSA J SWAN**<br><br>**Debtors** | **CASE NUMBER: 19-10811-PMM**<br>**CHAPTER 13** |

## MOTION OF DEBTORS FOR PRO HAC VICE ADMISSION
## OF JOSHUA RI COHEN TO PURSUE AN ADVERSARY ACTION
## TO DISCHARGE STUDENT LOANS

Pursuant to Local Bankruptcy Rule 2090-1(b) and 9014-2 of the local rules of the United States Bankruptcy Court for the Easter District of Pennsylvania, Debtors, Steven and Melissa Swan move this Court for Admission of the Joshua RI Cohen who is licensed in Vermont and Connecticut to prepare, file, and prosecute an adversary action to discharge student loans.

1. Debtor filed a Chapter 13 Petition on February 7, 2019.

2. Scott F. Waterman was appointed as the Chapter 13 Trustee in this matter.

3. Debtor intends to retain special counsel to prepare, file, and prosecute an adversary action to discharge student loan 11 U.S.C. 523a(8).

4. Joshua RI Cohen of Cohen Consumer Law is an experienced attorney in student loan matters who frequently lectures on the subject, including the Eastern District of Pennsylvania.

5. Joshua RI Cohen can be contacted at Cohen Consumer Law, PO Box 1040, St. Albans, VT 05478, phone number 802-380-8887 and e-mail address, jcohen@thestudentloanlawyer.com.

6. Joshua RI Cohen is sponsored by the undersigned attorney, Patrick J. Best, Esquire who requests that the Court admit this attorney to serve as Debtors' attorney in the intended student loan adversary action.

7.Mr. Cohen's admissions include the State and Federal courts in both Connecticut and Vermont, in addition to Federal Districts of EDMI and EDNY, and is currently admitted pro hac vice in this court on another matter where he is doing the same, discharging student loans (24-10848-AMC).

8.He is an attorney in good standing in those courts and not subject to any disbarment or suspension or disciplinary action previously or now pending.

WHEREFORE, Debtors request that this Court enter an Order for the admission of attorney Joshua RI Cohen, pro hac vice in the Eastern District of Pennsylvania Bankruptcy Court to file and prosecute a student loan related adversary proceeding.

Dated April 12, 2024

                                          Respectfully Submitted,

                                          /s/ Patrick J. Best
                                              Patrick J. Best, Esquire
                                              ARM Lawyers
                                              18 N. 8th Street
                                              Stroudsburg PA 18360
                                              Tel: 570-420-7431
                                              Fax: 484-544-8625
                                              patrick@armlawyers.com

                                          /s/Joshua RI Cohen
                                              Joshua RI Cohen
                                              Cohen Consumer Law, PLLC
                                              PO Box 1040
                                              St. Albans, VT 05478
                                              Tel: 802-380-8887
                                              Fax: 860-233-0339
                                              jcohen@thestudentloanlawyer.com