# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br>**STEVEN A SWAN and**<br>**MELISSA J SWAN**<br><br>**Debtors** | CASE NUMBER: 19-10811-PMM<br>CHAPTER 13 |

## ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION

The Court, having considered Debtors' Motion for admission pro hac vice, pursuant to L.B.R. 2090-1(b) and L.B.R. 9014-2, has determined that cause exists to grant the relief requested.

It is therefore, **ORDERED** that the motion is **GRANTED** and Joshua RI Cohen of the firm Cohen Consumer Law is admitted pro hac vice to the bar of this Court for the purpose of filing and prosecuting an adversary action to discharge student loan obligations.

BY THE COURT

_____
Patricia M. Mayer
Bankruptcy Judge